UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH RYAN SERIER, | Case No. 3:25-cv-00764-ART-CSD |
| Plaintiff | ORDER |
| v. | |
| BRAD POPE, et al., | |
| Defendants | |

Plaintiff filed a change-of-address notice showing that he is no longer incarcerated. (*See* ECF No. 3). Because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* for an inmate is moot. (*See* ECF No. 1).

**I.     CONCLUSION**

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied without prejudice as moot.

It is further ordered that Plaintiff has **until May 11, 2026**, to either pay the full $405 filing fee for this action or file an application to proceed *in forma pauperis* for non-inmates.

It is further ordered that if Plaintiff fails to comply with this order, this action will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff Joshua Serier the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: April 9, 2026.



UNITED STATES MAGISTRATE JUDGE